UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DURGAMRITHA T. SUNDARAM, :
:
                Plaintiff, :              22-CV-3264 (JMF)
:
     -v- :              TRANSFER ORDER
:
EVA VARRO INC. and DILLARDS, INC., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As noted in this Court's prior Order, ECF No. 25, on July 5, 2022, Defendants filed a motion to dismiss for improper venue. ECF No. 19. Plaintiff subsequently filed a letter stating that, "[w]hile Plaintiff believes that venue is proper in the Southern District of New York, Plaintiff will consent to transfer this matter to the Central District of California." ECF No. 24.

       On July 8, 2022, the Court ordered Defendants to file any opposition to the transfer of this case to the Central District of California in lieu of dismissal no later than July 12, 2022. To date, Defendants have not filed any opposition. Accordingly, this Court exercises its discretion under 28 U.S.C. § 1404(a) to transfer this case to the Central District of California.

       Any pending motions and deadlines are moot. All conferences are canceled. The Clerk of Court is directed to terminate ECF No. 19 and to transfer this case to the United States District Court for the Central District of California **immediately**, without regard to Local Rule 83.1.

       SO ORDERED.

Dated: July 22, 2022                              _____
      New York, New York                         JESSE M. FURMAN
                                                     United States District Judge